# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JODIE LOUIS BYERS § | |
| § | |
| v. § | |
| § | |
| STATE OF TEXAS, KEN PAXTON, § | CIVIL ACTION NO. 3:24-CV-1128-S-BK |
| PHIL SORRELS, THOMAS A. § | |
| WILDER, ANDY PORTER, § | |
| MAXWELL APPEL, and JAMES § | |
| WARREN ST. JOHN § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED July 12, 2024.

UNITED STATES DISTRICT JUDGE